Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CIRILO OSCAR SERNAS-NOLASCO,<br><br>Defendant. | Case Number: 6:18-PO-00431-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: September 12, 2018            /S/ Susan St. Vincent
                                     Susan St. Vincent
                                     Yosemite National Park
                                     Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above-referenced matter, *United States v. Sernas-Nolasco, Case number 6:18-PO-00431-JDP*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: September 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE